| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Rabin J. Pournazarian, SBN 186735<br>Price Law Group, APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>Telephone: (818) 995-4540<br>Facsimile: (818) 995-9277<br>Email: rabin@pricelawgroup.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 03 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** moser    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –<u>RIVERSIDE</u> DIVISION**

| In re:<br><br>JOSE FERNANDO ESTRADA,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-12238-RB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☒ **OTHER: DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

Based on Debtor's motion filed on (*date*) <u>1/16/2023</u> as docket entry number <u>28</u> and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted        ☐    Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 1  F 3015-1.14.ORDER.CH13.GENRL

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

APPROVE PURCHASE OF 2013 GMC SIERRA OR SIMILAR VEHICLE. TRUSTEE TO STOP PMTS TO SAN DIEGO CREDIT UNION ON 2016 GMC SIERRA THAT WAS PAID OFF BY INSURANCE COMPANY.

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: February 3, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     F 3015-1.14.ORDER.CH13.GENRL